IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TRAVIS FRANCE                                                                                              PLAINTIFF

      v.                          Civil No. 07-5042

CAPTAIN HUNTER PETRAY,
Benton County Detention Center;
NURSE ANDREA GARRETT;
and DR. HUSKINS                                                                                        DEFENDANTS

## **ORDER**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **September 14, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 13th day of June 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE