IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TRAVIS FRANCE PLAINTIFF

v. Civil No. 07-5042

CAPTAIN HUNTER PETRAY,
Benton County Detention Center;
NURSE ANDREA GARRETT;
and DR. HUSKINS DEFENDANTS

**O R D E R**

Defendants filed a motion for summary judgment (Doc. 15). To assist plaintiff in responding to the motion for summary judgment, the undersigned is propounding a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report and recommendation on the motion for summary judgment.

For this reason, Travis France is hereby directed to complete, sign, and return the attached response to defendants' motion for summary judgment on or before **August 4, 2008**. **Plaintiff's failure to respond within the required period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 14th day of July 2008.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE



AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TRAVIS FRANCE PLAINTIFF

v. Civil No. 07-5042

CAPTAIN HUNTER PETRAY,
Benton County Detention Center;
NURSE ANDREA GARRETT;
and DR. HUSKINS DEFENDANTS

**RESPONSE TO SUMMARY JUDGMENT MOTION**

TO: TRAVIS FRANCE

These questions and answers will serve as your response to defendants' motion for summary judgment. You may use additional sheets of paper in responding to these questions. You must file this response by **August 4, 2008.**

1. You were booked into the Benton County Detention Center (BCDC) on June 23, 2006, on charges of commercial burglary and theft of property.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 1 at page 1.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

2. You were issued a bail bond by First Arkansas Bail Bonds on June 25, 2006, and



AO72A
(Rev. 8/82)

released from the BCDC.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 1 at pages 1 and 7.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

3. You were booked back into the BCDC on July 17, 2006, after violating your probation.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

4. You obtained a bail bond on July 26th and were again released from the BCDC.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________



AO72A
(Rev. 8/82)

______________________________________________________________________

5. On August 4, 2006, you were again booked into the BCDC.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

6. When you were booked into the BCDC you were given a copy of the detainee rules and provided a copy of the handbook.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

7. On August 4th you plead guilty to breaking or entering and theft of property and were placed on probation for thirty-six months and were ordered to pay restitution including $5,760.00 to Freedom Power Sports and $500 to Benton County.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

______________________________________________________________________



AO72A
(Rev. 8/82)

8. You signed the inmate telephone system notice and medical insurance information forms when you were booked in on August 4th.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

9. On August 4, 2006, a warrant was served on you by Detective Eric Van Dyke for residential burglary and theft or property.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

10. Captain Hunter Petray is the jail administrator of the BCDC.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 2 at ¶



AO72A
(Rev. 8/82)

1.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

11. You did not indicate when you were booked in that you were a Seventh Day Adventist.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

12. A vegetarian diet at the BCDC contains the same vegetables, starch and grain servings as a standard diet at the BCDC but all meat is substituted with a serving of peanut butter, cheese and an extra dairy serving.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 2 at ¶ 4.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________



AO72A
(Rev. 8/82)

13. The vegetarian diet is only given to inmates with doctor ordered dietary needs and inmates who have indicated to jail staff upon booking and in writing that their religion prohibits the inmate from consuming meat.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 2 at ¶ 5.

14. According to Petray, several inmates have submitted grievances requesting to be placed on a vegetarian diet, after viewing the vegetarian trays, and based only on personal taste and preference.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 2 at ¶ 6.

15. It is not economically feasible, or efficient for kitchen staff to cater to each



AO72A
(Rev. 8/82)

individual inmate according to his or her personal taste or preference.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 2 at ¶ 7.

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

16. The doctor never ordered you to be placed on a vegetarian diet.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 2 at ¶ 8.

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

17. You did not submit your first request for a vegetarian diet until you had been incarcerated at the BCDC for two and a half months.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 2 at ¶ 10.

________________________________________________________________________



AO72A
(Rev. 8/82)

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

18. When you did request a vegetarian diet, Petray denied your request.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 2 at ¶ 3.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

19(A). You submitted your first request for a vegetarian tray on October 26, 2006. You stated it was against your religion to eat meat. You indicated you were a Seventh Day Adventist.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 3 at page 1.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

(B). In response, someone wrote, see nurse on Monday, October 30.



AO72A
(Rev. 8/82)

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 3 at page 1.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

(C). Prior to October 26th, had you received vegetarian trays?

Answer: Yes ______ No _______.

If you answered no, please state: (a) if you were eating all food on the trays you were served; (b) how you were following a vegetarian diet; (c) when you became a Seventh Day Adventist; and (d) whether you followed a vegetarian diet prior to your incarceration.

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________

______________________________________________________________________________



AO72A
(Rev. 8/82)

(D). What happened when you were seen by the nurse on the 30th?

Answer:

20. On October 27th you submitted a medical request. You stated it was against your religion to eat meat. You also indicated you were allergic to cheese. You stated you were

lactose intolerant. You indicated you would like a vegetarian tray or something because all you were eating was your bread and sides and were getting hungry throughout the day.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 3 at page 2.

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

21. Petray responded on the 30th. He stated you did not say this when you came into the jail and did not mention being lactose intolerant. He stated you would remain on the same diet.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 3 at page 2.

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

________________________________________________________________________

22. On October 30th you submitted a grievance. You stated the nurse would not give you a vegetarian tray. You stated it was against your religion to eat meat and the nurse would not give you a special tray.



AO72A
(Rev. 8/82)

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 3 at page 3.

23. In response, Petray wrote the medical staff had nothing to do with religious diets.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 3 at page 3.

24. On November 20th you submitted a medical request. You wrote that you were a Seventh Day Adventist and also lactose intolerant. You asked if you could get a special tray.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 3 at page 4.



AO72A
(Rev. 8/82)

25. Nurse Garrett wrote in response that it was not stated on your intake sheet and she was unable to approve.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 3 at page 4.

26(A). On December 4th you submitted a medical request. You stated you were now a Seventh Day Adventist and it was against you religion to eat meat. You asked if you could get something for it.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 3 at page 7.

(B). What did you mean when you said you were "now" a Seventh Day Adventist?

Answer:

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

27. In response, Nurse Garrett wrote that your intake sheet showed your religion was not specified.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 3 at page 7.

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

28. On February 6, 2007, you wrote a statement in which you said that in October of 2006 another inmate came in who was vegetarian and lactose intolerant. You indicate he was getting a special tray and said he told you he got the special tray by putting in a medical request and telling the nurse. You indicate this is why you put in a medical form on October 26, 2006.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 3 at page 5.



AO72A
(Rev. 8/82)

29. You indicate you lost forty pounds because you only eat the bread and sides.

Agree______ Disagree________Without knowledge to agree or disagree________.

If you disagree, explain. In explaining, please refer to the Defendants' Exhibit 3 at page 5.

30. It does not appear you were seen by Dr. Huskins about your request for a vegetarian diet. Please explain in detail how you believe he violated your federal constitutional rights.

Answer:



AO72A
(Rev. 8/82)

Detail below any further response you would like to make to defendants' motion for summary judgment. If you have any exhibits you would like the court to consider, you may attach them to this response.



AO72A
(Rev. 8/82)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS _________ DAY OF ________________ 2008.

________________________________
TRAVIS FRANCE



AO72A
(Rev. 8/82)