**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**TRAVIS FRANCE**                                                                        **PLAINTIFF**

**v.**                    **Civil No. 5:07-CV-5042**

**CAPT. HUNTER PETRAY**,
*Benton County Detention Center*;
**Nurse Andrea Garrett**;
**Dr. Huskins**                                                              **DEFENDANTS**

**O R D E R**

Now on this 28th day of August, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #21, filed July 29, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment (doc. #15) is hereby granted in part and denied in part. It is granted in that all claims against Dr. Huskins are dismissed. In all other respects, the motion is denied and this case is referred back to Magistrate Judge Marschewski for findings on the remaining claims.

**IT IS SO ORDERED.**

                                                                  **/s/Jimm Larry Hendren**
                                                                   **HON. JIMM LARRY HENDREN**
                                                                   **UNITED STATES DISTRICT JUDGE**